# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00725-CV

**In re George Green and Garlan Green**

### ORIGINAL PROCEEDING FROM LLANO COUNTY

## M E M O R A N D U M   O P I N I O N

Relators' petition for writ of mandamus, complaining of the district court's discovery order dated January 30, 2015, is denied. *See* Tex. R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed:   April 24, 2015